**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 28, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00172-CR

---

**MARVIN CUNNINGHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 9
Harris County, Texas
Trial Court Cause No. 2322259**

---

### MEMORANDUM OPINION

Appellant Marvin Cunningham has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)